**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-7033

MATTHEW L. THACKER,

Plaintiff - Appellant,

v.

MICHAEL BRECKON, Warden, Sued individually and in his Official Capacity; HAROLD CLARKE, Director of Virginia Department of Corrections, Sued Individually and in his Official Capacity; D. D. HICKS, Chief of Housing and Programs Sued in his Individual and Official Capacities; N. EDMONDS, Captain/Correctional Officer, Sued Individually and in his Official Capacity,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Liam O'Grady, Senior District Judge.  (1:20-cv-00609-LO-WEF)

Submitted:  April 27, 2023                                    Decided:  May 16, 2023

Before NIEMEYER and DIAZ, Circuit Judges, and MOTZ, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Matthew L. Thacker, Appellant Pro Se. Gregory S. Bean, Michael Gordon Matheson, GORDON REES SCULLY MANSUKHANI, LLP, Williamsburg, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Matthew L. Thacker appeals the district court's order granting Defendants' motions for summary judgment in this action under 42 U.S.C. § 1983 and dismissing Thacker's claims for injunctive relief as moot. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Thacker v. Breckon*, No. 1:20-cv-00609-LO-WEF (E.D. Va. Aug. 19, 2022). We grant the motion for leave to file supplemental informal opening brief and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*